DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

BEST WESTERN INTERNATIONAL INCORPORATED,

    Plaintiffs,

vs.

NM HOSPITALITY ROSWELL LLC, et al,

    Defendants.

Case No.:  3:20-CV-00477-MMD-CLB

## SUBSTITUTION OF ATTORNEY

BEST WESTERN INTERNATIONAL INCORPORATED, Plaintiff, hereby substitutes J. Craig Demetras of Demetras Law, 230 E. Liberty Street, Reno, Nevada 89501, Telephone: 775-348-4600, as attorney of record in place and stead of John Bragonje of Lewis Roca Rothgerber Christie LLP.

DATED: _____

(Best Western)

I consent to the above substitution.

DATED: 09/23/20

_____
John Bragonje

-1-

DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BEST WESTERN INTERNATIONAL INCORPORATED,<br><br>        Plaintiffs,<br>vs.<br><br>NM HOSPITALITY ROSWELL, LLC, et al,<br><br>        Defendants.<br>_____/ | Case No.: 3:20-CV-00477-MMD-CLB |

## SUBSTITUTION OF ATTORNEY

BEST WESTERN INTERNATIONAL INCORPORATED, Plaintiff, hereby substitutes J. Craig Demetras of Demetras Law, 230 E. Liberty Street, Reno, Nevada 89501, Telephone: 775-348-4600, as attorney of record in place and stead of John Bragonje of Lewis Roca Rothgerber Christie LLP.

DATED: 9/22/20                                   _____
                                                              (Best Western)

I consent to the above substitution.

DATED: _____                            _____
                                                              John Bragonje

-1-

-2-

I am duly admitted to practice in this District

Above substitution accepted.

DATED: 9/22/20

J. Craig Demetras

Please check one: _____ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: September 25, 2020

United States Magistrate Judge

-2-